# In the United States Court of Federal Claims

| | |
|---|---|
| **DUANE PETERSON,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**UNITED STATES,**<br><br>　　　　　　Defendant. | Nos. 04-1459L; 04-14590L<br>Filed: June 29, 2018 |

### O R D E R

　　The court is in receipt of the stipulation to voluntarily dismiss the claims of the above captioned plaintiff in the case of <u>Duane Peterson, et al. v. United States</u>, Case No. 04-1459L. The claims associated with the above-captioned plaintiff, are, hereby, **SEVERED** from the case of <u>Duane Peterson, et al. v. United States</u>, Case No. 04-1459L and shall be reorganized, for case management purposes, into the above-captioned case, <u>Duane Peterson v. United States</u>, and assigned Case No. 04-14590L. The court **DISMISSES**, with prejudice, the claims of the Duane Peterson. The Clerk's Office shall enter **JUDGMENT** consistent with this Order, pursuant to Rule 41 of the Rules of the United States Court of Federal Claims. As the Order disposes of all properties of the named plaintiffs, Case No. 04-14590L shall be **CLOSED**. As a result of the dismissal of the named plaintiff, for case management purposes, the new caption for Case No. 04-1459L shall be <u>Donna Marie Raab Martinez v. United States</u>. Neither the dismissal of the claims of the plaintiff herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiff in the case of <u>Donna Marie Raab Martinez v. United States</u>, Case No. 04-1459L.

　　**IT IS SO ORDERED**.

s/Marian Blank Horn<br>
**MARIAN BLANK HORN**<br>
**Judge**